# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rosalia Andrada,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Grant & Weber; Unknown Parties,<br><br>　　　　　Defendants. | No. CV-14-00070-PHX-GMS<br><br>**ORDER** |

On March 20, 2014, the Clerk of Court entered default pursuant to Plaintiff's Application. To date, no motion for default judgment has been filed. Accordingly,

**IT IS HEREBY ORDERED** that this matter will be dismissed without prejudice **fourteen (14) days** from the date of this Order if Plaintiff fails to file a motion.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter without further notice if Plaintiff fails to comply **within fourteen (14) days** of the date of this Order.

Dated this 10th day of June, 2014.

_____
G. Murray Snow
United States District Judge